# Exhibit B

Losses of Sridhar Dutta in Dr. Reddy's Laboratories (RDY)

| Client Name | Sridhar Dutta | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company Name** | Dr. Reddy's Laboratories | | **90 Day Lookback Av** | $34.2321 | | **LIFO Loss** | $ (5,552.55) | Sale Price | | |
| **Ticker Symbol** | RDY | | | | | | $ (5,456.58) | Average Price | | |
| **Class Period Start** | 6/17/2015 | | | | | | | | | |
| **Class Period End** | 8/10/2017 | | | | | | | | | |

**SALE PRICE**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security (Sale) | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value (90 Day) | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/2017 | 1,371 | 38.100000 | $ 52,235.10 | 9/6/2017 | 1,371 | 34.05 | $46,682.55 | 0.00 | $34.2321 | $ - | $ (5,552.55) |

**MEAN CLOSING PRICE ON DATE OF SALE**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security (Avg.) | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value (90 Day) | Retained Value | Total Proceeds/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/20017 | 1,371 | 38.100000 | $ 52,235.10 | 9/6/2017 | 1,371 | 34.119999 | $46,778.52 | 0.00 | $34.2321 | $ - | $ (5,456.58) |