UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re DR. REDDY'S LABORATORIES LIMITED SECURITIES LITIGATION | Civil Action No. 3:17-CV-06436-PGS-DEA<br><br>**JOINT PROPOSED PRETRIAL SCHEDULING ORDER** |

WHEREAS the Initial Complaint in the above captioned securities class action (the "Action") was filed on August 25, 2017 (Dkt.#1), and an Amended Complaint was filed on October 19, 2017 (Dkt.#5);

WHEREAS the Court appointed Public Employees' Retirement System of Mississippi as Lead Plaintiff, Labaton Sucharow LLP as Lead Counsel, and Kaplan Fox & Kilsheimer LLP as Liaison Counsel on November 21, 2017 (Dkt.#16);

WHEREAS the undersigned Defendants' counsel has agreed to accept service of the Summons and Complaint on behalf of all named Defendants, without waiving any of their rights or legal defenses;

WHEREAS the Lead Plaintiff and Defendants have met and conferred and agreed to the following proposed Pretrial Scheduling Order, setting a time for Lead Plaintiff to file a Consolidated Class Action Complaint ("Consolidated Complaint"), setting a time for Defendants to respond, and dispensing with the need for Defendants to respond to the Initial and Amended Complaints:

1. Lead Plaintiff shall file the Consolidated Complaint no later than sixty (60) days from the entry of this Order;

2. Defendants shall file a motion to dismiss or otherwise respond no later than sixty (60) days from the filing of the Consolidated Complaint;

3. Opposition to a motion to dismiss shall be filed forty-five (45) days from the filing of the

    motion to dismiss; and

4. Any reply shall be filed thirty (30) days from the filing of the opposition.

WHEREFORE, the parties respectfully request that the Court enter an order setting forth the schedule as proposed above.

**IT IS SO ORDERED**

Dated: December 19, 2017

                                                          _____
                                                          Douglas E. Arpert, U.S.M.J.