**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
E-mail: jstrauss@kaplanfox.com

William J. Pinilis
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114
E-mail: wpinilis@kaplanfox.com

*Liaison Counsel for Lead Plaintiff
and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DR. REDDY'S LABORATORIES LIMITED SECURITIES LITIGATION | Case No. 3:17-cv-06436-PGS-DEA<br><br>**[PROPOSED] ORDER FOR THE *PRO HAC VICE* ADMISSIONS OF ATTORNEYS JAMES W. JOHNSON, MICHAEL H. ROGERS, JOHN ESMAY AND CLAIBORNE R. HANE** |

**THIS MATTER** having been brought before the Court by way of motion of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), Liaison Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), and counsel for Defendants consenting hereto, and the Court having considered the matter, and for good cause shown,

**IT IS** on this _____ day of _____, 201__,

**ORDERED** that James W. Johnson, Michael H. Rogers, John Esmay and Claiborne R. Hane are hereby admitted *pro hac vice* on behalf of Lead Plaintiff in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that all notices, pleadings, briefs, and other papers filed with the Court shall be served upon Kaplan Fox, and that Kaplan Fox shall enter all appearances, be responsible for signed papers and for the conduct of the attorneys admitted herewith and shall be present before the Court during all phases of this action unless expressly excused by the Court; and it is further

**ORDERED** that James W. Johnson, Michael H. Rogers, John Esmay and Claiborne R. Hane, within twenty (20) days from the date of entry of this Order, shall each make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter, and shall each pay $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

 

HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE