**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
E-mail: jstrauss@kaplanfox.com

William J. Pinilis
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114
E-mail: wpinilis@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and
the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DR. REDDY'S LABORATORIES LIMITED SECURITIES LITIGATION | Case No. 3:17-cv-06436-PGS-DEA<br><br>**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, James W. Johnson, declare under penalty of perjury as follows:

1. I am a partner of the law firm Labaton Sucharow LLP, 140 Broadway, New York, New York 10005 and an attorney-at-law duly admitted and currently in good standing to practice law before the following courts:

| Court | Admission date | Records available at |
|---|---|---|
| Bar of the State of New York | 1/12/1987 | Attorney Records Clerk Appellate Division, First Judicial Dept. 41 Madison Avenue, 26th Floor New York, NY 10010 |
| Bar of the State of Illinois | 10/29/1980 | Clerk of the Supreme Court Supreme Court Building 200 East Capitol Springfield, IL 62701-1721 |
| U.S. District Court, E.D.N.Y. | 11/4/1988 | 225 Cadman Plaza East Brooklyn, NY 11201 |
| U.S. District Court, S.D.N.Y. | 10/27/1988 | Attention: Attorney Services 500 Pearl Street New York, NY 10007 |
| U.S. District Court, N.D.N.Y. | 4/17/1989 | James T. Foley Courthouse, Suite 509 445 Broadway Albany, NY 12207 |
| U.S. District Court, N.D. Ill. | 8/31/1981 | Attorney Admissions United States District Court 219 S. Dearborn, Room 2050 Chicago, IL 60604 |
| U.S. Court of Appeals, 1st Cir. | 7/16/2012 | Office of the Clerk U.S. Court of Appeals U.S. Courthouse 1 Courthouse Way, Suite 2500 Boston, MA 02210 |

| *Court* | *Admission date* | *Records available at* |
|---|---|---|
| U.S. Court of Appeals, 2d Cir. | 2/28/1989 | Attorney Admissions, Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 |
| U.S. Court of Appeals, 3d Cir. | 2/7/2007 | 21400 U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1790 |
| U.S. Court of Appeals, 4th Cir. | 9/26/1996 | 1100 East Main Street, Suite 501 Richmond, VA 23219-3517 |
| U.S. Court of Appeals, 5th Cir. | 4/16/2001 | 600 S. Maestri Place New Orleans, LA 70130-3408 |
| U.S. Court of Appeals, 7th Cir. | 8/9/1991 | Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street, Room 2722 Chicago, IL 60604 |
| U.S. Court of Appeals, 9th Cir. | 4/24/2017 | James R. Browning U.S. Courthouse 95 Seventh Street San Francisco, CA 94103-1526 |
| U.S. Court of Appeals, 11th Cir. | 9/5/2006 | 56 Forsyth Street, N.W. Atlanta, GA 30303 |
| U.S. Supreme Court | 10/30/1989 | Attn: Admissions Office 1 First Street, N. E. Washington, DC 20543-0001 |

2. I have been admitted *pro hac vice* in the U.S. District Court for the District of New Jersey in prior matters such as this matter.

3. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed on me in any jurisdiction.

4. I submit this Declaration in support of the application by Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff") to permit me to appear and participate, *pro hac vice*, as counsel for Lead Plaintiff at pre-trial proceedings and at trial of the above-captioned action.

5. I am experienced in the litigation of securities matters and am familiar with this matter.

6. I am associated in this matter with Joel B. Strauss, a partner of Kaplan Fox & Kilsheimer LLP, who is the attorney of record for Lead Plaintiff, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

7. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall also make prompt payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

9. Pursuant to Local Civil Rule 101.1(c)(3), I understand that upon admission, *pro hac vice*, I am deemed to have agreed to take no fee in any tort case

in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:27-7, as amended.

10. I also understand that upon admission, *pro hac vice*, I am subject to the orders of this Court and amenable to disciplinary action as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of the institution of any disciplinary proceedings against me or any matter affecting my standing at the bar of any other Court.

11. For the foregoing reasons, it is respectfully requested that the Court grant Lead Plaintiff's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

EXECUTED on December 11, 2017 at New York, New York.

_____
James W. Johnson