UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: DR. REDDY'S LABORATORIES LTD. SECURITIES LITIGATION | Case No. 3:17-cv-06436-PGS-DEA<br><br>Class Action |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
E-mail: jstrauss@kaplanfox.com

William J. Pinilis
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114
E-mail: wpinilis@kaplanfox.com

*Liaison Counsel for the Lead Plaintiff and the Proposed Class*

[Additional Counsel Appear on Signature Page]

PLEASE TAKE NOTICE that on September 29, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, Lead Plaintiff, the Public Employees' Retirement System of Mississippi, on behalf of itself and all other members of the proposed Settlement Class, through Court-approved counsel, will move this Court, before the Honorable Douglas E. Arpert, for an Order, pursuant to Rule 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure: (i) granting final approval of the proposed class action Settlement and certifying the Settlement Class for settlement purposes only; (ii) and approving the proposed Plan of Allocation for the proceeds of the Settlement.

Lead Plaintiff intends to rely upon the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation, and the Declaration of Michael H. Rogers in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, with annexed exhibits, both filed herewith.

Proposed Orders granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for seeking exclusion from the Settlement Class or objecting to the Settlement and/or Plan of Allocation have passed.

Dated: August 25, 2020                          Respectfully submitted,

                                                **KAPLAN FOX & KILSHEIMER LLP**


                                                 /s/ Joel B. Strauss
                                                Joel B. Strauss
                                                850 Third Avenue
                                                New York, New York 10022
                                                Telephone: (212) 687-1980
                                                Facsimile: (212) 687-7714
                                                E-mail: jstrauss@kaplanfox.com

William J. Pinilis
160 Morris Street
Morristown, New Jersey 07960
Telephone: (973) 656-0222
Facsimile: (973) 401-1114
E-mail: wpinilis@kaplanfox.com

*Liaison Counsel for the Lead Plaintiff
and the Proposed Class*

**LABATON SUCHAROW LLP**
James W. Johnson (Admitted *pro hac vice*)
Michael H. Rogers (Admitted *pro hac vice*)
John Esmay (Admitted *pro hac vice*)

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: jjohnson@labaton.com
E-mail: mrogers@labaton.com
E-mail: jesmay@labaton.com

*Lead Counsel for Public Employees'
Retirement System of Mississippi and
Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2020, I caused the electronic filing of the foregoing Lead Plaintiff's Notice of Motion for Final Approval of Class Action Settlement and Plan of Allocation, using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

*/s/ Joel B. Strauss*
Joel B. Strauss